UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEWMARK & COMPANY REAL ESTATE, INC., d/b/a NEWMARK,<br><br>      Plaintiff,<br><br>  v.<br><br>KS 50 SUSSEX AVENUE LP,<br><br>      Defendant. | No. 23-cv-3888 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  An initial conference was scheduled in this matter for today, July 21, 2023. Given that Defendant has only recently retained counsel and no response to the Complaint has been filed, the parties' July 14, 2023 request to adjourn the conference and extend Defendant's time to answer is granted.

  Accordingly, Defendant's deadline to answer the Complaint is September 1, 2023 and the initial conference is adjourned until September 13, 2023 at 3:30 p.m. Unless the parties request otherwise, the conference will be held by telephone using the same call-in information in the Court's May 24, 2023 order. The parties shall submit an updated joint letter and proposed case management plan one week in advance of the conference.

SO ORDERED.

Dated: July 21, 2023
    New York, New York

                     Hon. Ronnie Abrams
                     United States District Judge