UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEWMARK & COMPANY REAL ESTATE,
INC., d/b/a NEWMARK,

                          Plaintiff,

          -against-

KS 50 SUSSEX AVENUE LP,

                          Defendant.

23-cv-3888 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

On August 28, 2023, the Court issued a Notice of Reassignment. Dkt. 14. On September 11, 2023, the parties submitted their joint letter. Dkt. 17. In addition to addressing the issues outlined in the Notice of Reassignment, which the Court appreciates, the parties also requested that the September 13 conference be moved to teleconference. The parties are reminded, going forward, to consult the Court's Individual Practices, which require that requests to modify deadlines and conference dates be submitted through letter motion.

The September 13 conference will now be held via Microsoft Teams. The parties should call 646-453-4442 and enter Phone Conference ID 663 858 984, followed by the pound sign (#).

SO ORDERED.

Dated: September 12, 2023
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge