UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEWMARK & COMPANY REAL ESTATE, INC.,

      Plaintiff,

-against-

KS 50 SUSSEX AVENUE LP,

      Defendant.

23-cv-3888 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

  In light of Defendant's amended answer, Dkt. 26, Plaintiff's motion to strike, Dkt. 22, is DENIED WITHOUT PREJUDICE AS MOOT. The parties should meet and confer regarding any other issues with the pleadings. If, after such meet and confer, Plaintiff wishes to renew its motion, it may do so at that time. The Clerk of Court is directed to close ECF No. 22.

  SO ORDERED.

Dated: October 5, 2023
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge