UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEWMARK & COMPANY REAL ESTATE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> KS 50 SUSSEX AVENUE LP, <br><br> Defendant. | 23-cv-3888 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Under the case-management plan for this suit, discovery closed on January 12, 2024, and the motions deadline was January 26, 2024. Dkt. 19. Neither side submitted a motion for summary judgment. By February 5, 2024, at 5:00 p.m., the parties shall submit a joint letter advising the Court of their availability for trial in March, April, May, and June 2024.

    SO ORDERED.

Dated: January 30, 2024
       New York, New York

                                                       ARUN SUBRAMANIAN
                                                     United States District Judge