UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEWMARK & COMPANY REAL ESTATE, INC., <br><br>                           Plaintiff, <br><br> -against- <br><br> KS 50 SUSSEX AVENUE LP et al., <br><br>                           Defendants. | 23-cv-3888 (AS) <br><br> <u>JUDGMENT</u> |

ARUN SUBRAMANIAN, United States District Judge:

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that pursuant to the opinion and order issued by the Honorable Arun Subramanian, United States District Judge, on June 13, 2024, judgment is entered in favor of Plaintiff. Defendants are ordered to pay Plaintiff's costs in the amount of $6,479.15.

   The Clerk of Court is ordered to close Dkt. 71.

   SO ORDERED.

Dated: August 23, 2024
       New York, New York

                                              _____
                                                    ARUN SUBRAMANIAN
                                                  United States District Judge